1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>OPEN NETWORK SOLUTIONS, INC.,<br><br>          Defendant. | Case No. 4:14-cv-04232-CW<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

      Pursuant to the foregoing Stipulation and for good cause shown, the Stipulation of Dismissal is HEREBY GRANTED.

      IT IS SO ORDERED.


Dated:  October 20, 2014

                            HONORABLE CLAUDIA WILKEN
                            United States District Judge